IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ILMAN JOSE GONZALEZ-DAVILA,** )<br>)<br>**Defendant.** )<br>) | 8:13CR48<br><br>ORDER |

     This matter is before the court on the unopposed defendant's motion to continue trial [17] as counsel needs additional time to review discovery.  The court finds good cause being shown and the trial will be continued.

     **IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for April 9, 2013 is continued to **June 3, 2013.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable**.**

     2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 3, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

     **DATED March 29, 2013.**

                                           BY THE COURT:

                                           s/ F.A. Gossett
                                           **United States Magistrate Judge**